IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01243-CMA-KLM

ZAC PULLIN,

	Plaintiff,

v.

APOLLO CREDIT AGENCY, INC., and
DOES 1-10, inclusive,

	Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

	This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate Scheduling Conference** [Docket No. 6; Filed July 21, 2011] (the "Motion").

	IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for July 25, 2011 at 10:00 a.m. is **vacated**.  Although Plaintiff does not propose a time period or date to schedule the conference, the Court *sua sponte* **RESETS** it to **September 6, 2011 at 11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

	IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **September 1, 2011**

	Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **September 1, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix's Orders."

	Dated:  July 21, 2011